# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 10-229 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| OVILLE DEAN WHITE, Jr, | |
| Defendant. | |

_____

Clifford Wardlaw, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Reynaldo Aligada, Jr, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court upon the defendant's motion [Docket No. 27] to exclude the period of time from the date of this order through December 20, 2010 from the Speedy Trial Act computations in this case. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth in the defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act and in the accompanying motion.

Accordingly, **IT IS HEREBY ORDERED** that defendant's motion [Docket No. 27] is **GRANTED**

**IT IS HEREBY FURTHER ORDERED** that the period from the date of this order through December 20, 2010 shall be excluded from the Speedy Trial Act computations in this case.


DATED:  December 8, 2010
at Minneapolis, Minnesota

                                                  _____ s/ John R. Tunheim_____
                                                  JOHN R. TUNHEIM
                                                  United States District Judge